IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IRVING BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                           CASE NO. 1D17-0053

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 4, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Irving Brown, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Jason W. Rodriguez and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the order denying motion for post-conviction relief in Escambia County Circuit Court case number 2012-CF-5447 B. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal.

ROBERTS, C.J., LEWIS and WINSOR, JJ., CONCUR.